UNITED STATES, Appellee

v

EDWARD J. KUHL, Private First Class,
U. S. Marine Corps, Appellant

16 USCMA 193, 36 CMR 349

No. 19,193

April 8, 1966

*Captain L. G. Bohlen,* USMC, argued the cause for Appellant, Accused. *Lieutenant John P. Meade,* USNR, was on the pleadings for Appellant, Accused.

*Colonel J. E. Hanthorn,* USMC, argued the cause for Appellee, United States.

### Opinion of the Court

FERGUSON, Judge:

This case was tried in common with United States v Kugima, 16 USCMA 183, 36 CMR 339, this day decided, and involves the identical issue whether the general court-martial appointed by the Chief of Staff, Third Marine Division, then acting as the Commanding Officer of that organization, was duly constituted. For the rea-sons set forth in the *Kugima* case, supra, we find that authority to appoint the general court-martial was present.

The decision of the board of review is affirmed.

Chief Judge QUINN and Judge KILDAY concur.